UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

KELVIN HEATH, #199603

    Petitioner,

v.

MITCH PERRY,

    Respondent.

CASE NO. 2:14-CV-00123

HON. R. ALLAN EDGAR

MAG. TIMOTHY P. GREELEY

**Notice of Filing Rule 5 Materials**
**Index of Record**
**Certificate of Service**

**Notice**

TO:  Kelvin Heath #199603
       Cooper Street Correctional Facility
       3100 Cooper Street
       Jackson, MI  49201

PLEASE TAKE NOTICE that a copy of Rule 5 Material is being served upon the Clerk of the United States District Court for the Western District of Michigan, Northern Division, as set forth in the attached Index of Record.

        Respectfully submitted,

        BILL SCHUETTE
        Attorney General

        s/<u>Raina Korbakis</u>
        Assistant Attorney General
        Appellate Division
        P.O. Box 30217
        Lansing, MI  48913
        (517) 373-4875
        korbakisr@michigan.gov
        (P49467)

Dated: March 23, 2015

# Index of Record
2:14-cv-123

1. County of Kent Docket Sheet

2. 12-14-2011 Preliminary Examination Transcript

3. 03-27-2012 Jury Trial Transcript (Excerpt Brian James Gray)

4. 03-27-2012 Jury Trial Transcript (Excerpt Kelvin Wayne Heath)

5. 03-27-2012 Jury Trial Transcript Volume I of II

6. 03-29-2012 Jury Trial Transcript Volume II of II

7. 05-16-2012 Sentencing Transcript

8. 01-30-2014 Motion for Relief from Judgment

9. 03-17-2014 Order

10. Michigan Court of Appeals 310897

11. Michigan Supreme Court 147713

## Certificate of Service

I hereby certify that on March 23, 2015, I electronically filed the foregoing papers with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

HONORABLE R. ALLAN EDGAR
MAGISTRATE JUDGE TIMOTHY P. GREELEY

and I hereby certify that Christy Wendling-Richards has mailed by United States Postal Service the papers to the following non-ECF participant:

Kelvin Heath #199603
Cooper Street Correctional Facility
3100 Cooper Street
Jackson, MI  49201

Respectfully submitted,

BILL SCHUETTE
Attorney General

s/Raina Korbakis
Assistant Attorney General
Appellate Division
P.O. Box 30217
Lansing, MI  48913
(517) 373-4875
korbakisr@michigan.gov
(P49467)