```
Judge: BUTH, HONORABLE GEORGE                  Case No.    11-11911-FH
                                               Ticket No.
                                               CTN:        41 11 014632 99


THE STATE OF MICHIGAN                          By: WALLIN, GARY A
                              -vs-
HEATH, KELVIN WAYNE       DFNDT                By: BREMER, DANIEL D.
EGELER REC & GUIDANCE                              1133 E BRISTOL RD
#199603                                            BURTON, MI 48529
3855 COOPER ST
JACKSON, MI 49201
1833 PRARIE PKWY APT G
WYOMING, MI 49509
Dob: 03/28/1961       Sex: M
Lic: H300465866247    Sid: 1021182T

Plate#:
Make:
Year:                 Accident: No
Type:
Venue:   WYOMING POLICE DEPARTMENT
Location: 62A
                                               Bond:            Set:
AGENT, SW FINGERPRINT      SUPWIT              Type:            Posted:
AGENT, SW KENT CO CIRCUIT  SUPWIT
COURT
GRAY, BRIAN JAMES          VICT
AUNGST, OFFICER ROBERT     WIT
ISAACSON, BARRY            WIT
SWIERCZ, OFFICER PHILIP    CW

Charges:
_____

Ct.1   750.530       ROBBERY - UNARMED                 FOUND GUILTY
       Offense Dt: 11/14/2011    Cvr:
       Arrest Dt:  11/14/2011    WYOM
       Comments: DEFT FOUND GUILTY OF CTS 1&3; NOT GUILTY OF CT. 2;  REMANDED W/O BOND
                 FOR SENT'G 4-25-12.

                 PROS:  K. BRAMBLE
                 ATTY:  V. FOSTER
                 CLERK: M. GOULD
                 REPORTER: L. RYDAHL
_____

Ct.2   750.349B    UNLAWFUL IMPRISONMENT              FOUND NOT GUILTY-ACQUITTAL
       Offense Dt: 11/14/2011    Cvr:
       Arrest Dt:  11/14/2011    WYOM
       Comments:
_____

Ct.3   750.215     FALSE PERSONATION OF PUBLIC OFFICER    FOUND GUILTY
       Offense Dt: 11/14/2011    Cvr:
       Arrest Dt:  11/14/2011    WYOM
       Comments: SEE CT. 1.
_____

Ct.4   769.12      HABITUAL OFFENDER - FOURTH OFFENSE     FOUND GUILTY
                   NOTICE
       Offense Dt:              Cvr:
       Arrest Dt:               WYOM
       Comments:
_____

Sentencing:
Ct.1           Sentence         Suspended      Credit
Jail (Days)
Fines
Costs
Restitution    300.00
Probation(Mo)                   Expires:
Comm Svc (Hr)
REMARKS:
Ct.3           Sentence         Suspended      Credit
Jail (Days)
Fines
Costs
Restitution
Probation(Mo)                   Expires:
Comm Svc (Hr)
REMARKS:       TIME SERVED
_____

No.  Filed    Action                      Operator    Fine/Cost     Due
___  _____    _____                      _____    _____     ___

1    12/19/11 RETURN OF THE DISTRICT COURT CLTRACYD        0.00     0.00
              OF KENT COUNTY

2    12/19/11 BOND SET ($50,000 C/S)       CLTRACYD        0.00     0.00

3    12/19/11 WAIVER OF CIRCUIT COURT      CLTRACYD        0.00     0.00
              ARRAIGNMENT ON INFORMATION
              (NOT GUILTY)
```

| No. | Filed | Action | Operator | Fine/Cost | Due |
|---|---|---|---|---|---|
| 4 | 12/19/11 | EXAM WAIVED, CRIMINAL PRE-TRIAL ORDER AND POS | CLTRACYD | 0.00 | 0.00 |
| 5 | 12/19/11 | DNA SAMPLE IDENTIFIED AS BEING ON FILE WITH MSP | CLTRACYD | 0.00 | 0.00 |
| 6 | 12/27/11 | SCHEDULED<br>Event: STATUS CONFERENCE<br>Date: 02/13/2012    Time: 2:00 pm<br>Judge: BUTH, HONORABLE GEORGE<br>  Location: 17TH CIRCUIT COURT- COURTROOM #12A<br><br>Result: NO PLEA TAKEN SET FOR TRIAL | CCMELISS | 0.00 | 0.00 |
| 7 | 12/27/11 | STATUS CONFERENCE NOTICE TO APPEAR AND POS | CLTRACYD | 0.00 | 0.00 |
| 8 | 12/28/11 | REQUEST FOR DISCOVERY & POS | CLTRACYD | 0.00 | 0.00 |
| 9 | 12/29/11 | PRE-TRIAL NOTICE LETTER | CLCHERYL | 0.00 | 0.00 |
| 10 | 12/29/11 | REQUEST FOR DISCOVERY | CLCHERYL | 0.00 | 0.00 |
| 11 | 12/29/11 | INFORMATION | CLCHERYL | 0.00 | 0.00 |
| 12 | 01/25/12 | MOTION TO REDUCE BOND, NOTICE OF HEARING AND POS (2/10/12) | CLTRACYD | 0.00 | 0.00 |
| 13 | 01/26/12 | SCHEDULED<br>Event: MOTION TO REDUCE BOND<br>Date: 02/10/2012    Time: 1:30 pm<br>Judge: BUTH, HONORABLE GEORGE<br>  Location: 17TH CIRCUIT COURT- COURTROOM #12A<br><br>Result: HELD & DENIED/SIGNED & FILED | CCCINDY | 0.00 | 0.00 |
| 14 | 02/10/12 | HELD & DENIED/SIGNED<br>The following event: MOTION TO REDUCE BOND scheduled for 02/10/2012 at 1:30 pm has been resulted as follows:<br><br>Result: HELD & DENIED/SIGNED & FILED -- BOND REVOKED ON THIS CASE<br>Judge: BUTH, HONORABLE GEORGE<br>  Location: 17TH CIRCUIT COURT- COURTROOM #12A | CCMARLEN | 0.00 | 0.00 |
| 15 | 02/10/12 | ORDER DENYING MOTION TO REDUCE BOND | CLBARB | 0.00 | 0.00 |
| 16 | 02/13/12 | NO PLEA TAKEN SET FOR TRIAL<br>The following event: STATUS CONFERENCE scheduled for 02/13/2012 at 2:00 pm has been resulted as follows:<br><br>Result: NO PLEA TAKEN SET FOR TRIAL<br>Judge: BUTH, HONORABLE GEORGE<br>  Location: 17TH CIRCUIT COURT- COURTROOM #12A | CCCINDY | 0.00 | 0.00 |
| 17 | 02/13/12 | SCHEDULED<br>Event: JURY TRIAL - CRIMINAL<br>Date: 03/05/2012    Time: 8:30 am<br>Judge: BUTH, HONORABLE GEORGE<br>  Location: 17TH CIRCUIT COURT- COURTROOM #12A<br><br>Result: ADJOURNED DUE TO OTHER REASONS | CCCINDY | 0.00 | 0.00 |
| 18 | 02/21/12 | NOTICE OF JURY TRIAL & POS(3-5-12) | CLBARB | 0.00 | 0.00 |

| No. | Filed | Action | Operator | Fine/Cost | Due |
|---|---|---|---|---|---|
| 19 | 02/22/12 | DEF'S OBJECTION TO THE CONSOLIDATION OF CASES AND MEMORANDUM IN SUPPORT OF THE OBJECTION & NOTICE OF HEARING (3/9/12) | CLTRACYD | 0.00 | 0.00 |
| 20 | 03/05/12 | ADJOURNED DUE TO OTHER REASONS<br>The following event: JURY TRIAL - CRIMINAL scheduled for 03/05/2012 at 8:30 am has been resulted as follows:<br><br>Result: ADJOURNED DUE TO OTHER REASONS<br>Judge: BUTH, HONORABLE GEORGE<br>   Location: 17TH CIRCUIT COURT- COURTROOM #12A | CCCINDY | 0.00 | 0.00 |
| 21 | 03/05/12 | SCHEDULED<br><br>The following event: JURY TRIAL - CRIMINAL scheduled for 03/05/2012 at 8:30 am has been rescheduled as follows:<br><br>Event: JURY TRIAL - CRIMINAL<br>Date: 03/06/2012   Time: 8:30 am<br>Judge: BUTH, HONORABLE GEORGE<br>   Location: 17TH CIRCUIT COURT- COURTROOM #12A<br><br>Result: ADJOURNED DUE TO OTHER REASONS | CCCINDY | 0.00 | 0.00 |
| 22 | 03/06/12 | ADJOURNED DUE TO OTHER REASONS; L. Rydahl, CSR 4078<br>The following event: JURY TRIAL - CRIMINAL scheduled for 03/06/2012 at 8:30 am has been resulted as follows:<br><br>Result: ADJOURNED DUE TO OTHER REASONS<br>Judge: BUTH, HONORABLE GEORGE<br>   Location: 17TH CIRCUIT COURT- COURTROOM #12A | CCMARLEN | 0.00 | 0.00 |
| 23 | 03/06/12 | SCHEDULED<br><br>The following event: JURY TRIAL - CRIMINAL scheduled for 03/06/2012 at 8:30 am has been rescheduled as follows:<br><br>Event: JURY TRIAL - CRIMINAL<br>Date: 03/19/2012   Time: 8:30 am<br>Judge: BUTH, HONORABLE GEORGE<br>   Location: 17TH CIRCUIT COURT- COURTROOM #12A<br><br>Result: ADJOURNED DUE TO OTHER REASONS | CCMARLEN | 0.00 | 0.00 |
| 24 | 03/06/12 | SCHEDULED<br>Event: MOTION TO OBJECT<br>Date: 03/06/2012   Time: 8:30 am<br>Judge: BUTH, HONORABLE GEORGE<br>   Location: 17TH CIRCUIT COURT- COURTROOM #12A<br><br>Result: MOTION DENIED | CCMARLEN | 0.00 | 0.00 |
| 25 | 03/06/12 | MOTION DENIED; L. RYDAHL, CSR 4078<br>The following event: MOTION TO OBJECT scheduled for 03/06/2012 at 8:30 am has been resulted as follows:<br><br>Result: MOTION DENIED<br>Judge: BUTH, HONORABLE GEORGE<br>   Location: 17TH CIRCUIT COURT- COURTROOM #12A | CCMARLEN | 0.00 | 0.00 |

| No. | Filed | Action | Operator | Fine/Cost | Due |
|---|---|---|---|---|---|
| 26 | 03/06/12 | NOTICE OF JURY TRIAL & POS(3-19-12) | CLBARB | 0.00 | 0.00 |
| 27 | 03/19/12 | ADJOURNED DUE TO OTHER REASONS<br>The following event: JURY TRIAL - CRIMINAL scheduled for 03/19/2012 at 8:30 am has been resulted as follows:<br><br>Result: ADJOURNED DUE TO OTHER REASONS<br>Judge: BUTH, HONORABLE GEORGE<br>Location: 17TH CIRCUIT COURT- COURTROOM #12A | CCCINDY | 0.00 | 0.00 |
| 28 | 03/19/12 | SCHEDULED<br><br>The following event: JURY TRIAL - CRIMINAL scheduled for 03/19/2012 at 8:30 am has been rescheduled as follows:<br><br>Event: JURY TRIAL - CRIMINAL<br>Date: 03/26/2012  Time: 8:30 am<br>Judge: BUTH, HONORABLE GEORGE<br>Location: 17TH CIRCUIT COURT- COURTROOM #12A<br><br>Result: ADJOURNED DUE TO OTHER REASONS | CCCINDY | 0.00 | 0.00 |
| 29 | 03/20/12 | NOTICE OF JURY TRIAL & POS | CLTRACYD | 0.00 | 0.00 |
| 30 | 03/26/12 | ADJOURNED DUE TO OTHER REASONS<br>The following event: JURY TRIAL - CRIMINAL scheduled for 03/26/2012 at 8:30 am has been resulted as follows:<br><br>Result: ADJOURNED DUE TO OTHER REASONS<br>Judge: BUTH, HONORABLE GEORGE<br>Location: 17TH CIRCUIT COURT- COURTROOM #12A | CCCINDY | 0.00 | 0.00 |
| 31 | 03/26/12 | SCHEDULED<br><br>The following event: JURY TRIAL - CRIMINAL scheduled for 03/26/2012 at 8:30 am has been rescheduled as follows:<br><br>Event: JURY TRIAL - CRIMINAL<br>Date: 03/27/2012  Time: 8:30 am<br>Judge: BUTH, HONORABLE GEORGE<br>Location: 17TH CIRCUIT COURT- COURTROOM #12A<br><br>Result: HELD - TO BE CONTINUED | CCCINDY | 0.00 | 0.00 |
| 32 | 03/27/12 | HELD-TO BE CONTINUED<br>The following event: JURY TRIAL - CRIMINAL scheduled for 03/27/2012 at 8:30 am has been resulted as follows:<br><br>Result: HELD - TO BE CONTINUED<br>Judge: BUTH, HONORABLE GEORGE<br>Location: 17TH CIRCUIT COURT- COURTROOM #12A | CCCINDY | 0.00 | 0.00 |
| 33 | 03/27/12 | PRELIMINARY INSTRUCTIONS(SEE 11-11910-FH FOR DOC.) | CLBARB | 0.00 | 0.00 |
| 34 | 03/28/12 | JURY TRIAL - CRIMINAL<br>Event: JURY TRIAL - CRIMINAL<br>Date: 03/29/2012  Time: 9:00 am<br>Judge: BUTH, HONORABLE GEORGE<br>Location: 17TH CIRCUIT COURT- COURTROOM #12A<br><br>Result: JURY VERDICT | CCMARLEN | 0.00 | 0.00 |

| No. | Filed | Action | Operator | Fine/Cost | Due |
|---|---|---|---|---|---|
| 35 | 03/28/12 | ORDER GRANTING JURY -REQUESTED TRANSCRIPT | CLCOUNTJ | 0.00 | 0.00 |
| 36 | 03/28/12 | TRANSCRIPT OF JURY TRIAL(EXCERPT OF PROCEEDINGS-WITNESS KELVIN WAYNE HEATH)(3-27-12)(REPORTED BY LESLIE RYDAHL #4078)(33 PGS CONDENSED, 12 ACTUAL) | CLBARB | 0.00 | 0.00 |
| 37 | 03/28/12 | TRANSCRIPT OF JURY TRIAL(EXCERPT OF PROCEEDINGS-WITNESS BRIAN JAMES GRAY; 3-27-12)(REPORTED BY LESLIE RYDAHL #4078)(31 PGS CONDENSED, 11 ACTUAL) | CLBARB | 0.00 | 0.00 |
| 38 | 03/29/12 | SCHEDULED<br>Event: SENTENCE DATE<br>Date: 04/25/2012   Time: 2:00 pm<br>Judge: BUTH, HONORABLE GEORGE<br>    Location: 17TH CIRCUIT COURT- COURTROOM #12A<br><br>Result: HELD<br><br>Result: ADJOURNED DUE TO OTHER REASONS | CCMARLEN | 0.00 | 0.00 |
| 39 | 03/29/12 | JURY NOTES (SEE 11-11910-FH FOR DOC.) | CLBARB | 0.00 | 0.00 |
| 40 | 03/29/12 | VERDICT(GUILTY: OF CT. 1 - UNARM ROBB; NOT GUILTY CT. #2; GUILTY: CT. #3 FALSE PERSONATION) | CLBARB | 0.00 | 0.00 |
| 41 | 03/29/12 | FINAL INSTRUCTIONS(SEE 11-11910-FH FOR DOC.) | CLBARB | 0.00 | 0.00 |
| 42 | 03/29/12 | RECORD OF SECOND & FINAL DAY OF JURY TRIAL(GUILTY: CT.#1; NOT GUILTY; CT. #2; GUILTY: CT. #3)(JUDGE BUTH) | CLBARB | 0.00 | 0.00 |
| 43 | 03/29/12 | ORDER OF ACQUITTAL BY JURY ON CT. #2 ONLY(JUDGE BUTH) | CLBARB | 0.00 | 0.00 |
| 44 | 04/25/12 | SCHEDULED<br><br>The following event: SENTENCE DATE scheduled for 04/25/2012 at 2:00 pm has been rescheduled as follows:<br><br>Event: SENTENCE DATE<br>Date: 05/02/2012   Time: 2:00 pm<br>Judge: BUTH, HONORABLE GEORGE<br>    Location: 17TH CIRCUIT COURT- COURTROOM #12A<br><br>Result: ADJOURNED DUE TO DEFENSE COUNSEL'S TIME CONFLICT | CCMARLEN | 0.00 | 0.00 |
| 45 | 04/30/12 | ADJOURNED DUE TO DEFENSE COUNSEL'S TIME CONFLICT<br>The following event: SENTENCE DATE scheduled for 05/02/2012 at 2:00 pm has been resulted as follows:<br><br>Result: ADJOURNED DUE TO DEFENSE COUNSEL'S TIME CONFLICT<br>Judge: BUTH, HONORABLE GEORGE<br>    Location: 17TH CIRCUIT COURT- COURTROOM #12A | CCMARLEN | 0.00 | 0.00 |

| No. | Filed    | Action | Operator | Fine/Cost | Due |
|-----|----------|--------|----------|-----------|-----|
| 46 | 04/30/12 | SCHEDULED<br><br>The following event: SENTENCE DATE scheduled for 05/02/2012 at 2:00 pm has been rescheduled as follows:<br><br>Event: SENTENCE DATE<br>Date: 05/09/2012   Time: 2:00 pm<br>Judge: BUTH, HONORABLE GEORGE<br>   Location: 17TH CIRCUIT COURT- COURTROOM #12A<br><br>Result: ADJOURNED DUE TO DEFENSE COUNSEL'S TIME CONFLICT | CCMARLEN | 0.00 | 0.00 |
| 47 | 05/09/12 | SCHEDULED<br>Event: SENTENCE DATE<br>Date: 05/16/2012   Time: 2:00 pm<br>Judge: BUTH, HONORABLE GEORGE<br>   Location: 17TH CIRCUIT COURT- COURTROOM #12A<br><br>Result: HELD | CCMARLEN | 0.00 | 0.00 |
| 48 | 05/09/12 | JURY VERDICT FORM<br>The following event: JURY TRIAL - CRIMINAL scheduled for 03/29/2012 at 9:00 am has been resulted as follows:<br><br>Result: JURY VERDICT; L. RYDAHL, CSR 4078<br>Judge: BUTH, HONORABLE GEORGE<br>   Location: 17TH CIRCUIT COURT- COURTROOM #12A | CCMARLEN | 0.00 | 0.00 |
| 49 | 05/10/12 | ADJOURNED DUE TO DEFENSE COUNSEL'S TIME CONFLICT<br>The following event: SENTENCE DATE scheduled for 05/09/2012 at 2:00 pm has been resulted as follows:<br><br>Result: ADJOURNED DUE TO DEFENSE COUNSEL'S TIME CONFLICT<br>Judge: BUTH, HONORABLE GEORGE<br>   Location: 17TH CIRCUIT COURT- COURTROOM #12A | CCMARLEN | 0.00 | 0.00 |
| 50 | 05/16/12 | HELD; L. Rydahl, CSR 4078<br>The following event: SENTENCE DATE scheduled for 05/16/2012 at 2:00 pm has been resulted as follows:<br><br>Result: HELD<br>Judge: BUTH, HONORABLE GEORGE<br>   Location: 17TH CIRCUIT COURT- COURTROOM #12A | CCMARLEN | 0.00 | 0.00 |
| 51 | 05/16/12 | SENTENCING INFORMATION REPORT | CLTRACYD | 0.00 | 0.00 |
| 52 | 05/16/12 | JUDGMENT OF SENTENCE(JUDGE BUTH)(MDOC-MIN. 8 YRS. & MAX. 20 YRS. ON CT. #1 COMM. 11-29-11, CREDIT TIME SERVED ON CT. #3, $121 SMC, $130 CVR, $300 REST.) | CLBARB | 0.00 | 0.00 |
| 53 | 05/16/12 | WARRANT FOR REMOVAL OF PRISONER ISSUED | CLBARB | 0.00 | 0.00 |
| 54 | 05/16/12 | STATE MINIMUM COSTS | CLKARENL | 121.00 | 121.00 |
| 55 | 05/16/12 | CVR FELONY | CLKARENL | 130.00 | 130.00 |
| 56 | 05/16/12 | RESTITUTION FOR: B. GRAY | CLKARENL | 300.00 | 300.00 |

| No. | Filed | Action | Operator | Fine/Cost | Due |
|---|---|---|---|---|---|
| 57 | 05/24/12 | ORDER TO REMIT PRISONER FUNDS & POM($251) | CLBARB | 0.00 | 0.00 |
| 58 | 06/01/12 | NOTICE OF RIGHT TO APPEAL & REQUEST FOR APPOINTMENT OF ATTORNEY | CLCOUNTJ | 0.00 | 0.00 |
| 59 | 06/19/12 | CLAIM OF APPEAL & ORDER APPOINTING COUNSEL DANIEL D. BREMER (Attorney) on behalf of KELVIN WAYNE HEATH (DEFENDANT) | CLCOUNTJ | 0.00 | 0.00 |
| 60 | 06/21/12 | NOTICE OF RIGHT TO APPEAL & REQUEST FOR APPOINTMENT OF ATTORNEY(SEE 11-11910-FH FOR DOC.) | CLBARB | 0.00 | 0.00 |
| 61 | 06/26/12 | REPORT/RECORDER'S CERTIFICATE OF TRANSCRIPT ON APPEAL | CLTRACYD | 0.00 | 0.00 |
| 62 | 09/13/12 | TRANSCRIPT OF JURY TRIAL VOL. 1 OF 2 DATED 3/27/12 (REPORTED BY: LESLIE RYDAHL) (208 PAGES COND.; 55 ACTUAL) | CLTRACYD | 0.00 | 0.00 |
| 63 | 09/14/12 | NOTICE OF FILING OF TRANSCRIPT & POS | CLBARB | 0.00 | 0.00 |
| 64 | 09/14/12 | TRANSCRIPT OF JURY TRIAL, VOL. 2(3-29-12)(REPORTED BY LESLIE RYDAHL #4078)(79 PGS CONDENSED, 23 ACTUAL) | CLBARB | 0.00 | 0.00 |
| 65 | 09/14/12 | TRANSCRIPT OF SENTENCING(5-16-12)(REPORTED BY LESLIE RYDAHL #4078)(11 PGS) | CLBARB | 0.00 | 0.00 |
| 66 | 02/15/13 | NOTICE OF TRANSMISSION TO THE | CLCHERYL | 0.00 | 0.00 |
| 67 | 02/15/13 | CONTENT OF TRANSMISSION TO THE COURT OF APPEALS FILED (COA #310897) | CLCHERYL | 0.00 | 0.00 |
| 68 | 08/21/13 | OPINION FROM THE COURT OF APPEALS AFFIRMING | CLCOUNTJ | 0.00 | 0.00 |
| 69 | 11/20/13 | MAACS STATEMENT OF SERVICE AND ORDER FOR PAYMENT OF COURT APPOINTED COUNSEL | CLTRACYD | 0.00 | 0.00 |
| 70 | 01/03/14 | NOTICE OF RECEIPT OF RECORD ON APPEAL FROM THE MICHIGAN SUPREME COURT FILED | CLCHERYL | 0.00 | 0.00 |
| 71 | 01/03/14 | ORDER FROM THE SUPREME COURT DATED 12-23-13 DENYING APPLICATION FOR LEAVE TO APPEAL | CLBARB | 0.00 | 0.00 |
| 72 | 02/03/14 | POST-JUDGMENT MOTION FOR RELIEF & POS | CLBARB | 0.00 | 0.00 |
| 73 | 03/17/14 | ORDER DENYING DEF.'S MOTION FOR RELIEF FROM JUDGMENT | CLBARB | 0.00 | 0.00 |
| 74 | 10/13/14 | REQUEST FOR DOCUMENTS FROM THE ATTORNEY GENERAL OFFICE FILED (MAILED ENTIRE FILE & DOCKET ENTRIES 10-14-14) | CLCHERYL | 0.00 | 0.00 |

```
                                         Total:        551.00      551.00

                     Totals By:   CVR                  130.00      130.00
                                  INFORMATION            0.00        0.00
                                  STATE MINIMUM        121.00      121.00
                                  COSTS
                                  VICTIM RESTITUTION   300.00      300.00
                           *** End of Report ***
```