STATE OF MICHIGAN
DEPARTMENT OF ATTORNEY GENERAL



BILL SCHUETTE
ATTORNEY GENERAL

P.O. Box 30217
LANSING, MICHIGAN 48909

**FILED - MQ**
April 17, 2015 10:04 AM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: mlc/   Scanned by H 1/19/15

April 14, 2015

2:14cv123
Heath v Perry

Kelvin Heath #199603
Cooper Street Correctional Facility
3100 Cooper Street
Jackson, MI  49201

Dear Mr. Heath,

You notified the district court that you did not receive my full response to your habeas petition in the copy that was mailed to you. I'm sorry for this inadvertent error.

I am enclosing a copy of my full pleading for your review. I will also let the court know I have provided you with the pleading.

Sincerely,

Raina Korbakis
Assistant Attorney General


Cc:   R. Allen Edgar
      United States District Judge for the Eastern District of Michigan