U.S. District Court
Western Dist. of Michigan
Northern Division

Date: 11-14-15

Kelvin Heath #199603
Petitioner,

vs.

No. 2:14-cv-123
Hon R. Allen Edgar

Mitch Perry
Respondent.

Mag. Timothy P. Greeley

FILED - MQ
November 20, 2015 10:23 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: mlc/ Scanned by /

Petitioner Heath response to Granting of of motion Docket #19, Dated 10-7-15 / Respondent response to said motion Dated 11-6-15

Petitioner Heath would like to have this honorable court to observe, and take notice, of Page 14, of Petitioners Memorandum of Law that supported Petition for Habeas corpus writ. Specifically where Petitioner is pointing out the misinterpatation done by trial Judge Buth concerning point variables enhancement of sentence guidelines/ Mandatory minimum... Trial court, Appeals court, and Supreme court of Michigan all three stages of my Judicial proceedings were given the opportunity to correct a wrong yet they failed.

C.C. Kept 11-16-15

Kelvin Heath #199603
Muskegon Corr. fac.
2400 S. Sheridan Dr.
Muskegon, MI 49442