1



## Wyoming Police Department
### CASE SUPPLEMENT NARRATIVE
2300 DeHoop, S.W.
Wyoming, MI 49509

SE # 2011-00109498
ASSOCIATED CASE # 2011-114062

### NARRATIVE CONTINUATION

spot of 2983 Burlingame Ave was agreed upon. Brian also thought apartment D1 was given as the apartment to meet at. Brian stated after he arrived at the listed address it was then he was approached by the black male suspect who ID himself as the police. Brian stated he believed the man to be a undercover police officer and followed his orders and was searched. Brian stated he was sure he could ID the suspect if seen again, because he made no attempts to hide his face. Brian stated after returning to his vehicle and finding his three hundred dollars missing he called the police. Brian stated his original statement to Ofc. Aungst was correct regarding the robbery and he only lied about his true purpose because of embarrassment. Brian also stated on 11-15-11 the following morning of the incident he received a phone call from the suspect number 601-831-0149 who left a message. Brian stated the message appeared to be a males voice and stated something in regards that his citation would be sent in the mail. Brian said he felt the message was strange.

Regarding the texts messages and voicemail Brian stated he no longer had them on his phone. Brian did state he only had record of the initial phone call he made on 11-14-11 and the call he received on 11-15-11.

While Brian was still present at the PD I was able to locate a backpage.com ad with suspect number Brian had contacted. I printed the ad and showed it to Brian who confirmed it was indeed the same number he called, but the photo and narrative on the ad was different. See the attached copies

See the attached copies. I took photos of the call history on Brian's phone.

12-1-11
This date I presented Judge Cortes with a court order to obtain phone records of suspect phone (601)-831-0149. It was reviewed and signed by Judge Cortes. This date I also faxed a copy of the signed court order to AT&T wireless for the records.

12-2-11
This date I was able arrange a physical line up at Kent County Jail for the date of 12-5-11 at 0930.

12-5-11
This date I arrived at KCJ for the physical line up. The following people were present;

| REPORTING OFFICER | DATE | REVIEWED BY |
|---|---|---|
| Swiercz, Philip 3691 | 11/14/2011 | |

Case Report Supplement Page 3 OF 4